UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN BROOKS,

                Plaintiff,

-against-

WESTCHESTER COUNTY JAIL, et al.,

                Defendants.

**ORDER**

19-CV-10901 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a telephonic Case Management Conference on November 17, 2020. Counsel for the only remaining Defendant, C.O. Hughes, and Plaintiff, proceeding *pro se*, appeared. As discussed on the record:

1. Defendant shall serve and file his pre-motion conference letter, with his 56.1 Statement attached, on or before December 17, 2020; and

2. The Court shall enter a separate Order of Reference referring this matter to Magistrate Judge Davison for settlement so that informal resolution may be explored while the parties exchange their pre-motion conference letters.

Defendant is directed to serve a copy of this Order on Plaintiff and file proof of service.

**SO ORDERED:**

Dated: New York, New York
       November 17, 2020

_____
PHILIP M. HALPERN
United States District Judge