UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN BROOKS,

                Plaintiff,

-against-

WESTCHESTER COUNTY JAIL, et al.,

                Defendants.

**ORDER**

19-CV-10901 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Defendant C.O. Hughes ("Defendant") provided to the Court a video from October 9, 2019. (*See also* Doc. 53-7). The video provided to the Court required a third-party application to be installed for the material to be viewed. The Court does not download or install third-party applications to its computers for security reasons. There are no exceptions to this policy.

      Accordingly, Defendant is directed to provide to the Court a copy of the video that can be viewed with Windows Media Player or the Microsoft Photos application by 5:00 p.m. on July 27, 2021. The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                                              SO ORDERED:

Dated:  White Plains, New York
          July 26, 2021

                                          _____
                                          PHILIP M. HALPERN
                                          United States District Judge