**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHAWN BROOKS,

                     Plaintiff,                  19 **CIVIL** 10901 (PMH)

       -against-                           **JUDGMENT**

WESTCHESTER COUNTY JAIL, et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 2, 2021, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           August 3, 2021

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                         Clerk of Court
                               **BY:**
                                                            Deputy Clerk